

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2019

No. 04-19-00748-CV

**IN RE** Eukesha **MAYE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On October 23, 2019, relator filed a petition for writ of mandamus and a motion for emergency stay. The court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real party in interest may file a response to the petition in this court **no later than November 8, 2019**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for emergency stay is GRANTED. The temporary orders and all other proceedings in the underlying cause are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on October 24, 2019.

**PER CURIAM**

ATTESTED TO: _Luz Estrada_
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2006-CI-04682, styled *In the Interest of C.K.W. and C.K.W., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, Honorable Mary Lou Alvarez presiding.